# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

DELTA STATE UNIVERSITY FOUNDATION and
DELTA STATE UNIVERSITY                                                            **PLAINTIFFS**

V.                                                              CAUSE NO. 4:17CV126-NBB-JMV

GLOBAL SYNTHETICS ENVIRONMENTAL, LLC
d/b/a/ GEOSURFACES and GEO-SURFACES                                         **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.Civ.R. 16(b)(1)(B). The rule provides in pertinent part that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the [remand] motion[].

Plaintiffs filed a motion to remand [7] on September 11, 2017. Accordingly, it is

**ORDERED:**

That the above-referenced proceedings and the case management conference are hereby **STAYED** pending a decision on the motion to remand. The parties shall notify the undersigned magistrate judge within seven (7) days of the Court's ruling in the event the motion to remand is denied.

**THIS**, the 12th day of September, 2017.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE