IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DELTA STATE UNIVERSITY FOUNDATION and
DELTA STATE UNIVERSITY                                              PLAINTIFFS

V.                                                    CAUSE NO. 4:17CV126-NBB-JMV

GLOBAL SYNTHETICS ENVIRONMENTAL, LLC
d/b/a/ GEOSURFACES and GEO-SURFACES                                 DEFENDANTS

## AMENDED ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.Civ.R. 16(b)(3)(B). The rule provides that

> [f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

By Order [9] dated September 12, 2017, certain proceedings in this case were stayed, pending a decision on Plaintiffs' motion to remand, pursuant to L.U.Civ.R. 16(b)(1)(B). Plaintiffs have now filed a motion to dismiss for lack of jurisdiction [11]. Accordingly, it is **ORDERED:**

That the proceedings referenced in local rule 16(b)(3)(B) along with the case management conference are also **STAYED** pending a decision on Plaintiff's motion to dismiss for lack of jurisdiction.

**THIS**, the 3rd day of October, 2017.

/s/ Jane M. Virden
U. S. Magistrate Judge